**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Wilkesboro Division**

Case No. 11−50993
Chapter 13

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Steven Carl Mash | Rebecca Weaver Mash |
| 430 Blankenship Rd. | 430 Blankenship Rd. |
| Taylorsville, NC 28681 | Taylorsville, NC 28681 |
| Social Security No.: xxx−xx−3491 | Social Security No.: xxx−xx−6912 |

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Plan filed in the above referenced case on 08/11/2011 as document # 7 is defective for the reason(s) marked below:

Incorrect PDF image file attached to the document entry.

PLEASE TAKE NOTICE that if the above−referenced items are not corrected or satisfied within five (5) business days, the court will deem the filing as deficient and enter an order to strike the filing from the record as null and void.

Dated: August 12, 2011                                    Steven T. Salata
                                                          Clerk of Court

Electronically filed and signed (8/12/11)